**Order entered February 5, 2020**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01024-CV

### JANOS FARKAS, Appellant

### V.

### NATIONSTAR MORTGAGE, LLC, D/B/A MR. COOPER, Appellee

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-14689**

## ORDER

Before the Court is appellant's February 3, 2020 motion for extension of time to file his brief on the merits. We **GRANT** appellant's motion. We **ORDER** the brief tendered to this Court by appellant on February 3, 2020 filed as of the date of this order.

/s/    KEN MOLBERG
         JUSTICE